# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DARRYL C. COSKERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:16-cv-477-NT ) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 4, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. The Plaintiff filed an objection to the Recommended Decision on June 19, 2017. The Defendant responded to the objection to the Recommended Decision on June 20, 2017. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 7th day of July, 2017.